# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0587.  NORTHSIDE HOSPITAL, INC v. ROY BLANKENSHIP.**

We granted Northside Hospital, Inc.'s application for interlocutory appeal of the trial court's denial of its motion for summary judgment. After careful review of the record in this case, we conclude that the application was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
　　　Clerk's Office, Atlanta,  04/07/2022
　　　I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
　　　Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_

_____ , Clerk.